UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1480

John E. Godden )
 )
v. ) ORDER OF REFERENCE
 )
Secura Insurance )

IT IS HEREBY ORDERED that this case be referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and the attached consent of the parties.

Dated: July 21, 2000

JAMES M. ROSENBAUM
United States District Judge

JUL 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK