UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

John E. Godden,

Civ. No. 00-1480 (RLE)

Plaintiff,

v.

Secura Insurance, a mutual company, domiciled in Wisconsin, aka Secura Insurance,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STIPULATION TO AMEND COUNTERCLAIM**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, acting through their undersigned attorneys, that Defendant Secura Insurance may amend its counterclaim to include a $2,000 advance payment claim to Plaintiff John E. Godden.

Dated: 10-16, 2000

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

Robert J. Terhaar, #128594
300 First Avenue North, Suite 220
Minneapolis, MN 55401
612/573-3001
*Attorneys for Defendant*

Dated: 10-27, 2000

ZUBER & HUSBY

Michael S. Husby, #136529
7500 U.S. Bank Place
Duluth, MN 55802
218/722-5807
*Attorneys for Plaintiff*

FILED FEB 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(14)

**ORDER**

Upon application pursuant to the above Stipulation of the parties, which is incorporated herein,

IT IS HEREBY ORDERED

That Defendant's counterclaim in the above-captioned action is hereby amended to include a $2,000 advance payment by Defendant to Plaintiff John Godden.

Dated: 2/6, ~~2000~~ 2001

BY THE COURT

Raymond L. Erickson
United States Magistrate Judge