ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

John E. Godden,

Plaintiff,

v.

Secura Insurance, a mutual company, domiciled in Wisconsin, aka Secura Insurance,

Defendant.

Civ. No. 00-1480 (RLE)

**ORDER**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Honorable Raymond L. Erickson, United States Magistrate Judge, on February 15, 2001, at 1:30 p.m. Robert J. Terhaar, Terhaar, Archibald, Pfefferle & Griebel, L.L.P., appeared on behalf of the Defendant Secura Insurance. Michael S. Husby, Zuber & Husby, appeared on behalf of Plaintiff Godden.

Based on the court filings and the written and oral argument of counsel, the court issues the following order:

That the discovery deadline set forth in the October 13, 2000 Pretrial Schedule shall be extended to March 31, 2001.

**IT IS SO ORDERED.**

BY THE COURT:

Dated: 2/15/01, 2001

Raymond L. Erickson
Honorable Raymond L. Erickson
United State Magistrate Judge

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(18)