UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

John E. Godden,

Plaintiff,

vs.

AMENDED NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

Secura Insurance, a mutual company, domiciled in Wisconsin, a/k/a Secura Insurance,

Defendant.

Civ. No. 00-1480 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of July, 2001.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is rescheduled for **Thursday, September 6, 2001, at 9:30 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota. This Conference may be conducted by telephone and the Court will leave it to counsel to make the appropriate arrangements.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

(22)

FILED JUL 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK