UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

John E. Godden,

Plaintiff,

vs. ORDER OF DISMISSAL

Secura Insurance, a mutual company, domiciled in Wisconsin, a/k/a Secura Insurance,

Defendant. Civ. No. 00-1480 (RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
United States Magistrate Judge

DATED: October 30th, 2001
At Duluth, Minnesota

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______